IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

Christian Gale, Plaintiff

Civil Case# 1:21-cv-130-RLY-TAB

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

The Court has considered the Parties' Stipulation of Dismissal Without Prejudice. Doc. __18270__.

**IT IS ORDERED** that the parties' Stipulation of Dismissal (Doc. __18270__) is **granted.**

This case, CHRISTIAN GALE v. Cook Incorporated, Cook Medical LLC and William Cook Europe APS, No. 1:21-cv-130-RLY-TAB, is hereby dismissed without prejudice, with each party to bear its own costs. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile his/her case in the Southern District of Indiana. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice.

Costs of Court shall be taxed against the party incurring same.

Dated this 19th day of May, 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record